**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharon D. Farmer,<br>    aka Sharon Denise Farmer<br>                      Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-14564 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                Respectfully submitted,

                **/s/Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734