United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-14564-jkf
Sharon D. Farmer                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
```
db          +Sharon D. Farmer,    1869 Wynnewood Road,    Philadelphia, PA 19151-3236
12812016    +AES/PHEAA,   PO BOX 8183,    HARRISBURG, PA 17105-8183
12764675   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,    PO Box 183853,
             Arlington TX 76096)
12752778    +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,   Philadelphia, PA 19130-6317
12752779    +Aes/pheaa,   1200 N 7th St,    Harrisburg, PA 17102-1419
12752782    +Allied Interstate Inc,    3000 Corporate Exchange,   Columbus, OH 43231-7689
12752783    +Americredit,   Po Box 181145,    Arlington, TX 76096-1145
12752784    +Archidiose of Philadelphia,    222 North 17th St,   Philadelphia, PA 19103-1295
12752785    +Bryn Mawr Dental Assoc,    945 Haverford Rd., Ste 200,    Bryn Mawr, PA 19010-3814
12842949    +Bryn Mawr Dental Associates,    945 Haverford Road,   Suite 200,    Bryn Mawr PA 19010-3814
12752787    +City of Philadelphia,    Code Violation Enforcement Division,    PO Box 56138,
             Philadelphia, PA 19130-6138
12820592     ECMC,   P.O. Box 75906,   St. Paul, MN  55175
12752789    +First Bk Of De/contine,    1608 Walnut Street,   Philadelphia, PA 19103-5457
12752790    +GM Financial,   Po Box 181145,    Arlington, TX 76096-1145
12752791    +IC System Inc.,    P. O. Box 64378,   St. Paul, MN 55164-0378
12752792    +Lhr Inc,   6341 Inducon Dr Easst,    Sanborn, NY 14132-9016
12752793    +Lucien Blackwell Homes LP,    755 Markoe Street,   Philadelphia, PA 19139-2149
12752795    +Missouri Student Loans,    Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
12752797     PFCU,   12800 Townsend Road,    Philadelphia, PA 19154-1003
12808656    +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
12752799     PNC Bank,   P.O. Box 856177,    Louisville, KY 40285-6177
13475391    +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
             Pittsburgh, PA 15222-1707
12844157    +PNC Mortgage,   3232 Newmark Drive,    Miamisburg OH 45342-5433
12752800    +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
13015419    +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
12752802    +Transworld Systems Inc.,    980 Harvest Drive,   #202,    Blue Bell, PA 19422-1955
12931039     VERIZON,   PO BOX 3037,    BLOOMINGTON, IL  61702-3037
12931040     VERIZON WIRELESS,    PO BOX 3397,   BLOOMINGTON, IL 61702-3397
12752803    +Vengroff Williams & Assoc.,    PO Box 4155,   Sarasota, FL 34230-4155
12752804    +Verizon,   Po Box 3397,    Bloomington, IL 61702-3397
12752805    +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225
12752806   ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court:  Wachovia Bank, N.A.,     P.O. Box 50014,    Roanoke, VA 24040)
12752807     Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
12930542     Wells Fargo Bank,    Overdraft Recovery,    P.O. Box 50014,    Roanoke, VA 24040-0014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:29      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:32:11
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2017 02:45:36
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
12883041     E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:29      City of Philadelphia,
             SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12752786    +E-mail/Text: bankruptcy@cavps.com Sep 09 2017 02:32:38      Calvary Portfolio Services,
             Attention: Bankruptcy Department,    Po Box 1017,   Hawthorne, NY 10532-7504
12752788    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 09 2017 02:33:45      Credit Collecton Srv,
             PO Box 9134,   Needham Heights, MA 02494-9134
13028268     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 09 2017 02:45:26      Midland Funding LLC,
             by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
12752794    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2017 02:32:16      Mindland Fund,
             8875 Aero Dr. Ste 200,    San Diego, CA 92123-2255
12913925    +E-mail/Text: bknotice@ncmllc.com Sep 09 2017 02:32:28      National Capital Management, LLC.,
             8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12752796     E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2017 02:31:25      PECO,
             2301 Market Street,    P.O. Box 8699,    Philadelphia, PA 19101-8699
12770984    +E-mail/Text: bankruptcygroup@peco-energy.com Sep 09 2017 02:31:25      PECO Energy Company,
             c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12752798    +E-mail/Text: blegal@phfa.org Sep 09 2017 02:32:19      PHFA,    211 North Front Street,
             Harrisburg, PA 17101-1466
13775611     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:57:12
             Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
```

```
District/off: 0313-2          User: ChrissyW               Page 2 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12985618       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:45:27
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
12879992       +E-mail/Text: equiles@philapark.org Sep 09 2017 02:33:45      Philadelphia Parking Authority,
                 3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
12752801       +E-mail/Text: courtinfo@myshs.com Sep 09 2017 02:32:23      Safe Home Security,    55 Sebethe Dr,
                 Cromwell, CT 06416-1054
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12752780        Aes/pheaa
12752781        Aes/trumark
cr*           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
cr*             ECMC,   P.O. Box 75906,    St. Paul, MN  55175
cr*             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
cr*            +National Capital Management, LLC,    8245 Tournament Dr.,    Suite 230,    Memphis, TN 38125-1741
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12937339*       ECMC,   P. O. Box 75906,    St. Paul, MN  55175
13028958*       Midland Funding LLC,   by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
                                                                                   TOTALS: 2, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
```
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              LOUIS P. VITTI    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, N.A.
               jennifer@vittilaw.com, tiffany@vittilaw.com
              MICHAEL J. HALPRIN    on behalf of Debtor Sharon D. Farmer ecf@halprinlaw.com, mdwmjh@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sharon D. Farmer

    Debtor(s)

Bankruptcy No: 12–14564–jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

117 – 116
Form 138_new